UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | 4:24-CR-00609-1 |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | § § § | |

### ORDER

Pending before the Court is the Government's Objection to Defendant's Proposed Expert Witness Testimony (ECF No. 37) and Defendant Guillermo Ivan Ramirez-Saucedo's Objection to the Government's Notice of Expert Witness (ECF No. 45). The Court heard argument on the motions on September 2, 2025.

After reviewing the motions, the responses, the exhibits, and the arguments of counsel, the Court **DENIES** the Government's Objection to Defendant's Proposed Expert Witness Testimony. ECF No. 37. Mr. Ramirez-Saucedo's proffered expert, Professor Jeremy Slack, may testify at trial.

The Court additionally **DENIES** Mr. Ramirez-Saucedo's Objection to the Government's Notice of Expert Witness. ECF No. 45. The Government's proffered expert, Teresa Busby, may testify at trial.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 8th day of September, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1