UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| VS. | § | Case No. 4:24-CR-00609 |
| | § | |
| **GUILLERMO IVAN RAMIREZ-SAUCEDO** | § | |
| | § | |

### ORDER

Pending before the Court are Defendant's Requested Instruction Prior to Voir Dire (ECF No. 42); Defendant's Motion in Limine to Preclude Reference to Post-Arrest Silence (ECF No. 44) and the Government's Notice of Intent to Introduce Certain Evidence Under FRE 404(b), 607, and 609 (ECF No. 62). The Court heard argument on the motions on October 7, 2025. The Court has reviewed the motions and the arguments of counsel.

The Court **GRANTS** the Defendant's Requested Instruction Prior to Voir Dire (ECF No. 42). As discussed at the hearing, the Court will show the video to potential jurors prior to voir dire.

The Court **GRANTS** the Defendant's Motion in Limine to Preclude Reference to Post-Arrest Silence (ECF No. 44). The Government, its counsel, and its witnesses are prohibited from referring to Mr. Ramirez-Saucedo's post-arrest silence for impeachment or substantive purposes during trial.

The Court **DENIES** the Government's Notice of Intent to Introduce Certain Evidence Under FRE 404(b), 607, and 609 (ECF No. 62). The Government will not be permitted to introduce

evidence, for substantive or impeachment purposes, of Mr. Ramirez-Saucedo's prior criminal convictions.

**IT IS SO ORDERED.**

Signed at Houston, Texas on October 7, 2025.

_____
Keith P. Ellison
United States District Judge