UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Criminal No. 4:24-cr-00609 |
| GUILLERMO IVAN RAMIREZ-SAUCEDO | § § § § | |
| Defendant. | § § § | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through its United States Attorney, Nicholas J. Ganjei, and Carrie Law, Special Assistant United States Attorney, files the Government's Amended Exhibit List in the above entitled case.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    United States Attorney
    Southern District of Texas

By   /s/ Carrie Law
    Carrie Law
    Special Assistant United States Attorney
    Cal. Bar No. 258387
    Telephone: (713) 567-9367

| | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| | United States of America vs.<br><br>GUILLERMO IVAN RAMIREZ SAUCEDO | Houston Division |
| | | Criminal No. **H-24-609** |
| | | **EXHIBIT LIST** |
| | List of United States of America | AUSAs Ekua Assabill and Carrie Law |
| | Judge Keith P. Ellison | |

| No. | Exhibit Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/7/2024 (redacted) | | | | |
| 2 | FD-249 Print Fingerprint Card, dated 11/7/2024 | | | | |
| 3 | Form I-205, Warrant of Removal/Deportation Dated 3/3/2023 with a Removal Date of 3/21/2023 | | | | |
| 4 | Form I-212 Certificate of Non-Existence Form | | | | |
| 5 | Removal Order of the Immigration Judge, dated 8/14/2008 | | | | |
| 6 | Forms I-205, Warrant of Removal/Deportation Dated 8/18/2008 with a Removal Date of 8/25/2008 (AEX and Laredo) | | | | |
| 7 | Form I-213 Record of Deportable/Inadmissible Alien, 3/2023 (redacted) | | | | |
| 8 | I-294 Warning to Alien Ordered Removed or Deported dated 3/3/2023 (redacted) | | | | |
| 9 | Defendant's Passport | | | | |
| 10 | Defendant's Mexican Driver's License | | | | |
| 11 | LE Support Center IAQ Report 2/12/2024 | | | | |
| 12 | Form I-205, Warrant of Removal/Deportation Dated 4/18/2011 with a Removal Date of 4/18/2011 | | | | |
| 13 | Form I-205, Warrant of Removal/Deportation Dated 2/7/2014 with a Removal Date of 2/7/2014 | | | | |
| 14 | Form I-205, Warrant of Removal/Deportation Dated 11/15/2017 with a Removal Date of 10/30/2019 | | | | |
| 15 | Form I-205, Warrant of Removal/Deportation Dated 11/7/2020 with a Removal Date of 11/10/2020 | | | | |
| 16 | Fingerprint Lab Report and case documents | | | | |
| 16A | Supplemental fingerprint report | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 17 | Fingerprint exemplar (10/7/2025) | | | | |
| 18 | Map of 9701 Burden St., Houston, TX 77093 (Southern District Texas) | | | | |
| 19 | HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 [00:00-11:45] | | | | |
| 19A | Still Photo: HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 | | | | |
| 19B | Certified Transcript of *HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024* (excerpt [00.00-11:45) | | | | |
| 20 | Still Photo: HPD Officer Nicholas Wallis Body Worn Camera Video dated 2/11/2024 [1:58:20 – 2:24:05] | | | | |
| | | | | | |
| | Rebuttal | | | | |
| 25 | Notice to Appear (redacted), dated July 28, 2008 | | | | |
| 26 | Form I-213 Record of Deportable/Inadmissible Alien, dated 7/28/2008 (redacted) | | | | |
| 27 | Form I-213 Record of Deportable/Inadmissible Alien, dated 2/7/2014 (redacted) | | | | |
| 28 | Sworn Statement, dated 3/16/2010 | | | | |
| 29 | Sworn Statement, dated 8/2/2012 | | | | |
| 30 | Form I-213 Record of Deportable/Inadmissible Alien, dated 11/20/2021 (redacted) | | | | |
| 31 | Vehicle Registration Record | | | | |
| 32 | Nov. 7, 2020 General Bond Order | | | | |
| 33 | Houston Police Department Incident Report, dated 2/11/2024 (redacted) | | | | |
| 34 | Judgment for illegal re-entry – SDTX Houston (Case No. 4:10-CR-0021), dated 8/26/2010 | | | | |
| 35 | Judgment for illegal re-entry – SDTX McAllen (Case No. 7:12-CR-01341), dated 12/3/2012 | | | | |
| 36 | Judgment for illegal re-entry – SDTX Corpus Christi (Case No. 2:17-CR-007), 4/9/2018 | | | | |
| 37 | Judgment for illegal re-entry – SDMS (Case No. 1:21-CR-00149), dated 7/27/2022 | | | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2025, I electronically filed this document with the Clerk of Court using CM/ECF, and provided a copy to opposing counsel via email.

/s/ Carrie Law
Carrie Law
Special Assistant United States Attorney
Cal. Bar No. 258387
1000 Louisiana Street, Ste. 2300
Houston, Texas 77002
Telephone: (713) 567-9367